USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

FRESH DEL MONTE PRODUCE INC.,           :       08 Civ. 8718 (SHS)

              Plaintiff,          :

     -against-                         :       ORDER

DEL MONTE FOODS COMPANY, *ET AL.*,      :

              Defendants.         :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judges.

    A pretrial conference having been held today, with counsel for all parties present,

    IT IS HEREBY ORDERED that:

1. The last day for completion of fact discovery is extended to October 30, 2009;

2. Initial expert disclosures shall be served by November 30, 2009;

3. Rebuttal expert disclosures shall be served by December 21, 2009;

4. The last day for completion of expert discovery is extended to January 29, 2010;

5. There will be a pretrial conference on January 29, 2009, at 10:00 a.m.; and

6. There will be no further extensions of these dates.

Dated: New York, New York
       June 19, 2009

SO ORDERED.

Sidney H. Stein, U.S.D.J.