UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- X

| | | |
|---|---|---|
| **FRESH DEL MONTE PRODUCE INC.,** | : | |
| Plaintiff and Counterclaim Defendant, | : | 08 Civ. 8718(SHS) |
| | : | ECF Case |
| - against - | : | DEL MONTE FOODS' PROPOSED VOIR DIRE |
| **DEL MONTE FOODS COMPANY, and DEL MONTE CORPORATION,** | : | |
| Defendants and Counterclaim Plaintiffs. | : | |
| | : | |

------------------------------- X

### Del Monte Foods Company and Del Monte Corporation's Proposed Voir Dire

1. Have any of you had any experience with a Del Monte product that you recall as being either positive or negative? Please tell us what happened and why your experience left you with the opinion you have about Del Monte.

2. How many of you regularly purchase fresh fruit, vegetables or other fresh produce?

3. How many of you regularly purchase a particular brand of fresh fruit, vegetables or other fresh produce?

4. Have any of you been involved with an agreement you thought the other side didn't live up to? What was the agreement about? Was the agreement written or oral? What did the other side fail to do? Were you satisfied with how this disagreement was resolved? Why?

5. Have any of you had experience drafting contracts or agreements? What experience have you had with contracts or agreements?

sf-3091839 v1

Dated: New York, New York
January 9, 2012

                                               MORRISON & FOERSTER LLP

By: _____/s_____
      LaShann M. DeArcy
      Arturo J. González
      Dennis P. Orr

1290 Avenue of the Americas
New York, New York 10104
Tel: 212 468-8000
Fax: 212-468-7900

ldearcy@mofo.com
agonzalez@mofo.com
dorr@mofo.com

*Attorneys for Defendants*
*Del Monte Foods Company and*
*Del Monte Corporation*


DEBEVOISE & PLIMPTON, LLP

Bruce Keller
bpkeller@debevoise.com
Attorneys for Defendants
919 Third Avenue
New York, New York 10022